FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

2ⁿᵈ Amended complaint

court File

# DECLARATION OF PLAINTIFF

## CASE No. CV-06-5037 EFS

Sherry E Becker , Plaintiff

v.

DISCOVER FINANCIAL CREDIT CARD SERVICES, GENESIS FINANCIAL SOLUTIONS, et al. , Defendants

Plaza Associates /

Mitchell N. Kay

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

## CITATIONS OF AUTHORITIES

BILLING ERRORS
1. 15 U.S.C.1693f(a)(f)(1)(2)(6)
2. 15 U.S.C 1693g(e)
3. 15 U.S.C.1666(a)(A)
4. 15 U.S.C.1666a.(a)

## FAIR DEBT COLLECTION PRACTICE ACT
1. 15 U.S.C.1692e(2)(A)(6)(B)(8)(10)(12)(14)
2. 15 U.S.C.1692j(a)(b)

## FAIR CREDIT REPORTING ACT
1. 15 U.S.C. 1681 et seq.

## CASES TO SUPPORT DECLARATION
1. 141 Cal.App.3d 108(March 22, 1983)
   YOUNG v. BANK OF AMERICA
   Credit Card Act 1747 FRCA case

2. 307 F.3d 623 NIELSON v. DICKERSON
   (7th Cir 2002) FDCPA case

3. 232 F.Supp.2d 436 OLSAN v. KAY
   (E.D. Pa. 2002) FDCPA case

4. 282 F.3d 1057 NELSON v. CHASE
   (9th Cir. 2002)

AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION

Appendix
of Attachments

## _Appendix of attachments for Amended Complaint_

1. Plaintiff's billing statement for August 2000 (Discover)

2. Plaintiff's billing statement for August 2000 (MBNA)

3. Copy of cashiers check for $2000.00 made out to Discover Bank

4. First _certified letter_ to Discover September 2000

5. _Second certified letter_ to Discover November 2000

6. Copy of return receipt green cards to Discover various dates

7. Copy of letter from Discover's Melanie Cowdery 2/15/2001

8. First collection notice Encore 8/1/01

9. _Certified letter_ to ENCORE 08/10/01

10. Second notice of collection NAFS 03/15/02

11. _Certified letter_ to NAFS  03/21/02

12. Copy of handwritten letter to NAFS _second response_ 03/28/02

13. Third notice of collection American Recovery Service 04/08/03

14. Copy of handwritten letter to ARS 04/13/03

15. Second attempt by ARS to collect by notice 05/08/03 Roseburg

16. Copy of _certified response_ to Mr. Roseburg 06/30/03

17. Fourth collection notice from PRM Financial August 2004

18. _Fourth certified_ letter to Discover and PRM 08/15/04

I

_Appendix of Attachments for Amended Complaint_

19. Copy of Complaint to Washington State ATG August 2004

20. Copy of letter from ATG 09/14/04

21. Copy of PRM's response to ATG 09/09/2004

22. Copy of letter from Discover's Pam Martin  10/12/04

## DISCOVER and MITCHELL 2005

23. Copy of first notice from "PLAZA ASSOCIATES" 05/13/05

24. Copy of second notice from "PLAZA ASSOCIATES" 06/27/05

25. Copy of *third* notice from Law Office of Mitchell N. Kay 08/8/05

26. Copy of *fifth certified* letter to Discover and Kay  08/16/05

27. Copy of return receipt to Kay 08/22/05  (Discover kept their card)

28. Copy of response from Kay's law office 08/24/05

29. Copy of response from Discover's Pam Martin  09/14/05

30. Attachment from Martin 2004 response 09/14/05

31. Copy of letter from Kay's law office  09/29/05

32. Copy of envelope from Kay's Law office 09/29/05

33. *Fourth collection attempt* by Kay's law office  10/31/05

34. Copy of back side of collection notice 10/31/05

35. *Sixth* collection agency notice from Northland Group  04/13/06

II

*Appendix of Attachments for Amended Complaint*

## *Credit reports for Plaintiff Ms. Becker*

1. Experion  May 7th 2006  Discover only

2. Experion 4/21/06  Discover and Genesis

3. Trans Union 04/21/06 & 03/03/06 Discover

3. Equifax  01/19/06  Discover and Genesis

4. Experion  01/19/06 Discover and Genesis

5. Experion  09/08/05 Discover and Genesis

5a. Experion  04/11/05 Discover

6. Trans Union  09/08/2005 Discover and Genesis

7. Equifax 09/06/02 Discover

8. Refusal of Credit letter from CU Lending  10/27/2004
   related to Discover's negative listing

III

*Appendix of Attachments for Amended Complaint*

Sherry E Becker
200802 E Game Farm Rd.
Kennewick Wa. 99337
509-582-2263

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Sherry E.Becker | ) *Amended Complaint and* |
|        Plaintiff | ) No. <u>CV-06-5037 EFS</u> |
| | ) *Declaration Specific Cause of Action* |
|    v. | ) 15 U.S.C.1693f(a)(f)(1)(2)(6)1693g(e) |
| | ) 15 U.S.C. 1666(a)(A)1666a.(a) |
| DISCOVER FINANCIAL | ) 15 U.S.C. 1692e(2)(A)(6)(B)(8)(10)(12)(14) |
| CREDIT CARD SERVICES, | ) 15 U.S.C. 1692j (a)(b) FDCPA |
| GENESIS FINANCIAL | ) 15 U.S.C. 1681s-2(b) |
| SOLUTIONS,et al.,Defendants) | |

1. This declaration for cause of action comes before the Court in good faith.

2. Plaintiff under the current circumstances is counting on the Court to step in and enforce mandatory Consumer protection statues that have

3. been completely avoided by the named defendants in this declaration .

4. The Court has proper jurisdiction under 15 U.S.C. relating to both FCRA and FDCPA.  Plaintiff and main defendant became involved by

5. contract that originated in Benton county at Sears Columbia Center Mall .

6.       *Count 1.* U.S.C. 1693f(a)(1)(2)(3)  Error resolution
The plaintiff notified the defendant when she noticed the error on

7. the August 2000 billing statement . Plaintiff has sent *numerous notices.*

8. Currently as of this declaration being filed defendants have never acknowledged this billing error and have refused to follow the law in

9. dealing with the plaintiff and complying with their statutory duty.

10. Defendants have no legal right to refuse to correct an error they made.

11.                      **ONE**

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1. _Count 2._ U.S.C. 15 1693f(f) Acts constituting error

2. (1) _Unauthorized electronic funds transfer_

3. (2) _An incorrect electronic fund transfer from or to consumer's acct._

4. (4) _A computational error by the financial institution._

5. (6) _Consumer's request for additional information concerning EFT or any documentation required by this title._

6.

7. The Plaintiff _never_ authorized the July 29 2000 balance transfer.
8. The defendant's agent PAM MARTIN acknowledged this fact in 2004 in her response to the plaintiff and the ATG of Washington state who had investigated DISCOVER over this issue.

9.

10. In 2005 DISCOVER again attempted to collect the bogus debt .
11. DISCOVER used GENESIS FINANCIAL and KAY'S PLAZA ASSOCIATES to contact the plaintiff Ms. Becker in May 2005.

12. Both defendants responded in writing to plaintiff. KAY sent a notice
13. stating that his office had noted the dispute in their records. KAY stated that they were closing the file and return the account to the
14. creditor GENESIS FINANCIAL/DISCOVER CARD.

15. In September 2005 plaintiff received a reply from PAM MARTIN a DISCOVER executive officer.  The defendant's agent
16. was again sent the proof of the error on August 2000 statement . DISCOVER's agent MARTIN for a _second time_ had a chance to
17. correct the error and chose not to. This is fatal on DISCOVER's part .

18. MARTIN states in this letter the plaintiff called in August  2000 and said the balance transfer was unauthorized . This letter confirms
19. the plaintiff's position and releases plaintiff from being held liable.

20. U.S.C. 1693g(e) Releases plaintiff from any liability
TWO

AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION

*Count 3.* U.S.C. 1666(E)  States that :

1. Any creditor who fails to comply with the requirements of this section or
2. U.S.C.1666a.  Forfeits any right to collect . [ end quote]

3. Based on both letters that defendant sent to plaintiff and the contents
of the communication from it's own agent . The Court can see the
4. defendant has not complied with their statutory duties .

5. The defendants have been in open defiance of the entire FDCPA Act.

6. This cause of action  rests upon that defiance.

7. Plaintiff asks the Court to grant judgment as a matter of law.

*Count 4.* U.S.C. 1666a. Regulation of credit reports

8.

9. The defendants all reported adversely to all three credit reporting
agencies . Both defendants had been sent certified letters refuting
10. the error in regards to this action.

11. DISCOVER in July 2001 began to damage the plaintiff's credit record.

12. Even after plaintiff had sent *3 certified letters* to DISCOVER.

13. No agents of the defendant DISCOVER ever acknowledged in
writing the dispute. The first certified letter was sent in September 2000.
14. Plaintiff sent with the certified letter the cashiers check for $2000.00.

15. The return receipts have been filed with the declaration to support the
cause of action as factual truth and to get this awful nightmare over.

16.

17. Plaintiff sent other certified letters to the fake names DISCOVER used
while attempting to collect the bogus debt .

18.

19. Plaintiff each time sent the offer of proof to dispute the debt .

20.                                          THREE

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1.   *Count 4.(continued)* The defendants had knowledge that the debt
     was disputed and when they made the adverse report to the credit
2.   agencies DISCOVER never reported the debt as disputed .

3.   The defendants are thus liable under 1693f(e) Treble damages as it
     can be determined from the evidence and defendant's own responses
4.   that they were refusing to comply with their duty .

5.   The first response to this issue did not occur until after 4 1/2 years
     of the defendant repeatedly hounding plaintiff and plaintiff decided to
6.   turn them in to the Washington State Attorney General's Consumer
     Protection Division.

7.

8.   DISCOVER's PAM MARTIN in her reply to ATG's office had no
     solid evidence to show the ATG or plaintiff what she had done
9.   to investigate.

10.  MARTIN's letter amounts to nothing more then *verbal* posturing .

11.  This plaintiff has factual documentation to back up this declaration.

12.  The *key piece of evidence is the MBNA August 2000 statement.*

13.  This document overcomes any kind of argument DISCOVER has.

14.  Defendant has continued this act of fraud which is what
     has taken place for 6 1/2 years now.

15.

16.  The plaintiff trusts the Court to rule based on the statutory duty the
     defendant was obligated to comply with yet intentionally failed to do so.

17.

18.  Judgment as a matter of law is requested by plaintiff.

19.

20.
                              FOUR

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

*Count 5.* U.S.C. 1692 et seq.

1. DISCOVER/GENESIS FINANCIAL , MITCHELL N. KAY

2. These defendants by their actions in refusing to follow 1692et seq. have caused serious damage to the plaintiff Ms. Becker. Plaintiff tried

3. to refinance her home and was turned down because of DISCOVER.

4. Under the Fair Debt Collection Practice Act the facts are that the defendants did not comply *as required* within the statutory time

5. limit and defendant's *own* guidelines printed on reverse side of bill .

6. All defendants under 1692a (6) qualify as "debt collector".

7. DISCOVER has always maintained absolute control over the bogus debt collection  activities in regards to plaintiff  Ms. Becker.

8.

9. Under  many different names DISCOVER pursued the plaintiff . The plaintiff ironically"discovered" this by realizing that each

10. collection attempt from a new "assignee" always had the term "FINANCIAL" in part of it's name.

11.

12. The defendant KAY gave this away when his office sent the September 29th 2005 notice which was signed by a DEBORAH

13. BOLDEN.

14. The creditor at the top is listed as Genesis Financial Discover Card there *is no* assignee because it was *always* DISCOVER .

15. This is false and misleading per 1692e(6)(B).

16. 1692(8)(10)(12)(14) were all employed by DISCOVER routinely and for 6 1/2 years against plaintiff .

17. 1692e(12) At least 6 different times DISCOVER pretended to be a new assignee .

18.

19. Finally 1692e(2)(A)  there is no getting around defendant made a false representation of (A) against plaintiff for *6 years .*

20. FIVE

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1.    _Count 6._ U.S.C. 1692j.(a)(b)Furnishing deceptive forms
     FDCPA

2.    Defendant MITCHELL N. KAY and his law office otherwise known
     as "*PLAZA ASSOCIATES*" began in May of 2005 sending debt

3.    notices to the plaintiff Ms. Becker.

4.    Only _6 months_ had passed since DISCOVER used PRM in 2004 to
     harass Ms. Becker and now they were using defendant KAY's

5.    agency "PLAZA ASSOCIATES". Plaintiff thought "here we go again".

6.    Plaintiff admits she did not respond to the first two notices.

7.    The May and June 2005 notices were disregarded as plaintiff had grown
     tired of DISCOVER's "Tirade of Madness" in pursuing her and ruining

8.    her life through non-stop notices without out any basis in law for doing
     so.

9.    Fair Debt Collection Practices Act violations.

10.   Both defendants under 1692j.(a)(b) have used various notices and sent
     them to the plaintiff . Both defendants knew or should have known

11.   that this was highly illegal . Defendant KAY had done this at
     least one other time back in 2001.

12.

13.   In 2002 KAY's law office had a class action filed against them.

14.   See _232 F. Supp.2nd  436 (2002) OSLAN v. LAW OFFICES OF
     MITCHELL N. KAY._

15.

16.   Defendant was sued for the exact same issues in front of this Court here.
     KAY settled out of court . For violating FDCPA et seq.

17.   Defendant KAY made the same "settlement offer" to Ms. Becker.

18.   The notices both defendants sent state that they are from a debt
     collector. All notices sent were used to create a false belief that some

19.   one other then the defendants in this case were pursuing collection.

20.

                              SIX

     *AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1. *Count 6. cont.* Defendant KAY sent a total of 6 notices. from May through October 2005. Then defendant KAY in

2. April 2006 submitted the debt to a collection agency called the NORTHLAND GROUP.

3.

4. It was at this point that plaintiff realized legal action was going to be the only way to stop DISCOVER and KAY from damaging her

5. credit and causing further harm and stress .

6. DISCOVER has violated 1692j.(a)(b)FDCPA in this case 7 times.

7. KAY sent the August 8th 2005 notice and it stated :

8. If you notify this office in writing that the debt is disputed this office will *obtain verification* of the debt or obtain a copy of the judgment

9. and mail you a copy of such judgment or *verification* .

10. Plaintiff sent certified notice with the factual evidence . Defendant acknowledged the dispute and then sent the September 29th 2005

11. letter on MICHELL N. KAY's official letter head . KAY states that :

12. "*Our client* has advised us that the claim of dispute for the above referenced account is not valid and the balance is due and owing.

13. See the enclosed letter dated 09/14/05. Disregard our 08/24/05 letter . We are still handling this matter."

14.

15. There was *no verification* that proved the debt was due and owing from either defendant DISCOVER/GENESIS or KAY .

16.

17. At no time in 6 1/2 years has DISCOVER *ever* been able to factually prove that  plaintiff  Ms. Becker legally owed them anything .

18.

19. Which is *why DISCOVER could never legally assign the bogus debt* to anyone but themselves as they *knew* it was fraudulent .

20.

SEVEN

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1          *Count 7.* 15 U.S.C.1681s-2(2)(3)

2.    Both DISCOVER/GENESIS ,KAY have violated their duty under
      FCRA by refusing to report accurate information regarding plaintiff's
3.    dispute over the issue.

4.    DISCOVER has for 6 1/2 years never acknowledged the disputed
      error. This is a direct duty under the Fair Credit Reporting Act .
5.    Defendant never updated any information with EXPERION .
      last date reported states July 2001 .

6.

7.    Plaintiff called credit agency EXPERION after receiving the most
      current date of May 7th 2006 . It states at the bottom verified as of
8.    April 2006 . Yet the top part states July 2001 . In this current report
      that was purportedly verified recently there is again no admission
9.    from DISCOVER reporting the dispute from plaintiff.

10.   1682s-2(b) DISCOVER had a duty to update the current information
      and as always in this plaintiff's case *refused to do so.*

11.

12.   All defendants named *failed to report disputed error* as required .

13.   The statements in this declaration are supported by substantial
      evidence. The plaintiff again makes a plea for judgment as a matter
14.   of law based on the obvious and most recent refusal by DISCOVER/
      GENESIS, and KAY to comply with their statutory duty and
15.   make a truthful report to EXPERION and other credit agencies.

16.   Plaintiff submits this declaration based upon integrity and respect for
      the judiciary

17.

18.   The plaintiff rests and relies on the Court and Federal law to correct
      the injuries and award appropriate damages to the plaintiff based on
19.   how long plaintiff had to endure these intentional acts by all parties
      involved in the fraudulent collection attempts .

20.
                              EIGHT

      *AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1.

### *GENERAL PRAYER FOR RELIEF*

2.     The plaintiff Ms.Becker having set forth the facts and
circumstances requests  prayer of relief from the Court .

3.    The acts of the defendants were intentional this warrants awarding
punitive and actual damages in treble  and further statutory damages .

4.

5.    The amount sought ___*$ 645,177.00*___  against DISCOVER is not
to be greedy or excessive .

6.

7.    DISCOVER  has maintained for over 65 months the bogus debt
amount of $3029.00 was valid . The amount $3029.00 multiplied by

8.    65 months comes to $196,885.00 .

9.    DISCOVER used GENESIS FINANCIAL to damage plaintiff's credit
from July 2005 to January 2006. Six months they declared plaintiff

10.   owed $3029.00 dollars.  6 months multiplied by $3029.00 is $18,174.00.

11.   The combined amounts $196,885.00 + $18,174.00 = $215,059.00 .

12.   Due to DISCOVER's intentionally refusing to correct the error treble
damages are available in regards to this cause of action .

13.

14.   Plaintiff  would like the Court to consider how she tried at all times
to resolve this prior to the current action she took .

15.

16.   Plaintiff deserves the award amount requested based on the intentional
negligent acts against her by all defendants .

17.

18.   In *YOUNG v. BANK OF AMERICA 141 Cal.App.3d 108 (1983)*
The court awarded treble the jury award as the acts of defendant were

19.   in violation of their statutory duty and intentional .The same issue that
is present in this action before the Court .

20.

### NINE

### *AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1.   The award amount should include the current interest rate as defendant
     would ask the same against plaintiff if the debt was enforceable .

2.

3.   The emotional distress that defendant DISCOVER caused plaintiff
     should be considered and award any other damages as the Court sees

4.   fit .

5.   The defendant KAY should not be shown an ounce of leniency.
     The case *OLSAN v. LAW OFFICES OF MITCHELL N. KAY*

6.   *232 F.Supp.2d 436* shows that he has not learned anything since being
     sued for the very same matter in 2002 .

7.

8.   Based on this case against the defendant  the plaintiff would ask the
     Court to award *special damages* to plaintiff .

9.

10.  The award of *special damages* in the amount of _$ 25,000_____
     is based on the fact he chose to re-offend and with knowledge did

11.  cause harm by way of reporting to CRA's and subsequently turning
     the plaintiff over to the *NORTHLAND GROUP* which caused

12.  collection notice to be sent to plaintiff .

13.  Since defendant KAY's acts were intentional  and he had knowledge
     it was a violation plaintiff asks the Court to again treble the award

14.  amount .

15.  Plaintiff would say to all parties that she wishes this could have been
     avoided and based of Federal law should have been avoided .

16.

17.  Plaintiff never caused the error and based on defendants admission
     in two legal letters damages should be awarded accordingly .

18.

19.  This Prayer for Relief is submitted under substantial Federal Law.

20.

TEN

*AMENDED COMPLAINT AND SPECIFIC CAUSE OF ACTION*

1.

2.

3.

4.   Presented by : _Shry Becker_____
                         Sherry E Becker
5.                       Pro Se

6.   509-582-2263
      200802 E Game Farm Rd.
7.   Kennewick Wa. 99337

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

Direct
Evidence
Attachments

1972

## DISCOVER
PLATINUM

| payment due date | new balance | account number |
| --- | --- | --- |
| September 17, 2000 | $4,502.11 | |

minimum payment due
$0.00

$

Please make check payable to Discover Platinum Card.
No payment due! You recently paid more than the
minimum. Optional payment amount: $94.00.

‖lı.lı.luulılıluuulıllıdıld.lıldıllıdllııdlıl
SHERRY E BECKER
820 S 7TH AVE
PASCO WA 99301-5722

COURT
FILE

**YES!** Enroll me in optional CreditSafe(R) Plus
credit insurance. I have read and understand the
disclosure on the reverse side.

Signature:_____  Date:_____

PO BOX 30395
SALT LK CITY UT 84130-0395
‖ı.l.l.ıll.llll.ılluuıll.llll.lıll.lılldlll.llll

Address or telephone change? Please print change in the space above.

591972045021100488340000000



Closing Date: **August 20, 2000**          page 1 of 2

| Cashback Bonus®Award | this period | to date |
| --- | --- | --- |
| qualified purchases | $0.00 | $0.00 |
| Cashback Bonus award earned | $0.00 | $0.00 |
| Cashback Bonus anniversary date: | September 20 | |

### Discover Platinum Card Account Summary

| | | | |
| --- | --- | --- | --- |
| account number ........1972 | previous balance | | $2,488.34 |
| payment due date    September 17, 2000 | payments and credits | - | 488.34 |
| minimum payment due    $0.00 | purchases | + | 0.00 |
| credit limit    $6,500 | cash advances | + | 2,488.34 |
| credit available    $1,997 | balance transfers | + | 13.77 |
| cash credit limit    $3,250.00 | FINANCE CHARGES | + | |
| cash credit available    $1,997.00 | new balance | = | $4,502.11 |

You may be able to avoid Periodic Finance Charges, see the
reverse side for details.

### Transactions

| | trans. date | post date | | | |
| --- | --- | --- | --- | --- | --- |
| **Payments and Credits** | Aug 10 | Aug 10 | PAYMENT - THANK YOU | $ | -488.34 |
| **Balance Transfers** | Jul 29 | Jul 29 | ████████████9336ECDE | | 2,488.34 |
| | | | APR 3.90% EXPIRES 01/2001 | | |

Effective August 1, 2000, Greenwood Trust Company, the bank that issues your Discover Card, will begin operating
under the name Discover Bank. Please note that this change will have no effect on your account(s).

Eat out often? Well, Dine Out with Discover(R) Card for a chance to win! During the month of September, your meal
could be on us when you use your Discover Platinum Card at any of your favorite restaurants that accept Discover Card.
See the enclosed Explore Newsletter for further details!

Please see following page for additional information. Questions? Call 1-800-DISCOVER(1-800-347-2683)

F119515 PL    7    Access your statement online at www.discovercard.com

Use Where
You See

DISCOVER
NOVUS

MBNA Platinum Plus

| ACCOUNT NUMBER |
|---|
| ▂▂▂▂▂▂ 3336 |

| PAYMENT DUE DATE | NEW BALANCE TOTAL |
|---|---|
| 09/19/00 | $2,311.27CR |

| TOTAL MINIMUM PAYMENT DUE | AMOUNT ENCLOSED |
|---|---|
| $.00 | |

CARDHOLDER SINCE 1998

Make check
payable to:
MBNA AMERICA                17
P.O. BOX 15019
WILMINGTON, DE 19886-5019

SHERRY ELIZABETH BECKER
820 S 7TH AVE
PASCO        WA  99301-572220

$ 0000000000000000000000000000000002311270000000000 3336
$ 00000640400000640400000000000000002311270000000000 3336

| ACCOUNT NUMBER | CREDIT LINE | CASH OR CREDIT AVAILABLE | DAYS IN CYCLE | CLOSING DATE | TOTAL MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|---|---|---|---|
| 4264 2925 8557 3336 | $9,000 | $9,000.00 | 32 | 08-21-00 | $.00 | 09/19/00 |

| POSTING DATE | TRANS DATE | REFERENCE NUMBER | CARD CAT TYPE | TRANSACTIONS | AUGUST 2000 STATEMENT | CHARGES | CREDITS (CR) |
|---|---|---|---|---|---|---|---|
| | | | | PAYMENTS AND CREDITS | | | 2,488.34 CR |
| 0801 | | 825300505090065 | VS | PMT FROM BILL PAYER SERVICE | | | 64.04 CR |
| 0809 | | 22255108785 | VS | PAYMENT - THANK YOU | | | 9.72 CR |
| 0821 | | 74164070233332180483287 | VS | SCHUCK'S #48  00000489 PASCO        WA | | | |
| | | | | PURCHASES AND ADJUSTMENTS | | | |
| 0726 | 0725 | 24692160207000277493058 | VS C | PAD PADDOCK INC        KNIGHTSTOWN  IN | * | 21.90 | |
| | | ORDER NO.        0000000000398761 | | | | | |
| 0818 | 0815 | 24399000230903354228450 | VS C | KMART        00003354 KENNEWICK    WA | | 77.99 | |
| 0819 | 0817 | 24270760231130005897283 | VS C | SCHWAN'S HOME SERVICE 507-5323274  MN | | 19.95 | |
| | | ORDER NO.        0045307785075323274 | | | | | |
| 0819 | 0817 | 24164070231332173465868 | VS C | CSK DBA AL'S  00043463 KENNEWICK    WA | | 66.95 | |
| | | | | TOTAL FOR BILLING CYCLE FROM 7/21/2000 THROUGH  8/21/2000 | | $186.79 | $2,562.10 CR |

CREDIT BALANCE PLEASE DO NOT PAY

**IMPORTANT NEWS**

FOR UP-TO-DATE ACCOUNT INFORMATION, VISIT WWW.MBNANETACCESS.COM

INVEST IN MBNA PLATINUM PLUS CD AND MONEY MARKET ACCOUNTS.  CALL
1-800-414-1270, MON-FRI 8AM TO 8PM & SAT 8-5 (EASTERN TIME).  MEMBER FDIC.

STILL LOOKING FOR A SUMMER VACATION SPOT?  LET US FIND YOUR PERFECT GETAWAY.
CALL 1-888-899-3682 OR VISIT WWW.MBNATRAVEL.COM FOR GREAT VACATION VALUES!

### SUMMARY OF TRANSACTIONS

| Previous Balance | - Payments and Credits | + Cash Advances | + Purchases &Adjustments | +Periodic Rate FINANCE CHARGES | +Transaction Fee FINANCE CHARGES | = New Balance Total |
|---|---|---|---|---|---|---|
| $64.04 | $2,562.10 | $0.00 | $186.79 | $0.00 | $0.00 | $2,311.27CR |

| TOTAL MINIMUM PAYMENT DUE | |
|---|---|
| Past Due Amount | $0.00 |
| Current Payment | $0.00 |
| Total Min Payment Due | $0.00 |

| FINANCE CHARGE SCHEDULE Category | Periodic Rate | Corresponding Annual Percentage Rate | Balance Subject to Finance Charges |
|---|---|---|---|
| A. BALANCE TRANSFER, CHECKS | .021890% DLY | 07.99% | $0.00 |
| B. ATM, BANK. . . . . . . . | .043808% DLY | 15.99% | $0.00 |
| C. PURCHASES . . . . . . . | .043808% DLY | 15.99% | $0.00 |
| D. OTHER BALANCES. . . . . . | .000000% DLY | 00.00% | $0.00 |

FOR THIS BILLING PERIOD
**ANNUAL PERCENTAGE RATE ...  SEE ABOVE**

**FOR YOUR SATISFACTION, EVERY HOUR, EVERY DAY**

• For our automated Direct Connect service, call
1-800-789-6685
• To speak to one of our Customer Satisfaction representatives, call
1-800-789-6701
• For TDD (Telecommunications Device for the Deaf) assistance, call
1-800-346-3178
• Billing rights are preserved only by written inquiry. Mail billing inquiries
and all other account inquiries to:
MBNA AMERICA P.O. BOX 15026
WILMINGTON, DE 19850-5026

THIS DOCUMENT IS A COPY OF YOUR STATEMENT. IT IS FOR YOUR RECORDS
ONLY AND IS NOT AN OFFICIAL BANK DOCUMENT. THIS COPY IS NOT AN
EXACT DUPLICATE AND MAY NOT INCLUDE MESSAGES WHICH APPEAR IN        PAGE  1 OF  1
THE IMPORTANT NEWS BLOCK ON YOUR ORIGINAL PERIODIC STATEMENT.

2151029502

**PURCHASER'S RECORD**

**BANK OF THE WEST**
PARKADE BRANCH
2 EAST KENNEWICK AVENUE
KENNEWICK, WA 99336

1029502
90-78/1211

SEP 18, 2000

**SHERRY E. BECKER**

PURCHASER: _____

PAID TO **DISCOVER BANK**         $   ***2,000.00*

TWO THOUSAND and 00/100

NON-NEGOTIABLE

**CASHIER'S CHECK**

⑈ 2 1 5 1 0 2 9 5 0 2 ⑈

---

WARNING: Original document has an artificial watermark on reverse side.

2151029502

**BANK OF THE WEST**
PARKADE BRANCH
2 EAST KENNEWICK AVENUE
KENNEWICK, WA 99336

RCW 62A 1-207

without Recourse

**SHERRY E. BECKER**

1029502
90-78/1211

SEP 18, 2000

PURCHASER: _____

PAY TO THE
ORDER OF  **DISCOVER BANK**          $   ***2,000.00*

TWO THOUSAND and 00/100

acc # ~~00000000~~ 1972
account paid in full

**CASHIER'S CHECK**                    _(signature)_
                                       AUTHORIZED SIGNATURE

HARLAND · 083  M0918

VOID ⑈ 2 1 5 1 0 2 9 5 0 2 ⑈ ⑆ 1 2 1 1 0 0 7 8 2 ⑆ 0 4 1 0 0 0 0 5 0 ⑈ 9 4 5 0   VOID

Sept 20, 2000

certified #
7000 0520 0012 2122
9278

Discover card /BANK
PO 15192
Wilmington DELAWARE   19886-1020

Dear Sir /madam

~~████████████~~ a fraud on
the American public. I need to get some
answers to questions before I continue
to use my card. Here is the $2000.00
to pay off the account. As far as I'm
concerned there is now no amount owed
by myself to Discover. I'm not liable
Nor responsible for your agents mis-
handling your computers generated entries
in regards to an alleged credit balance
request supposedly by myself which is
false, in that having worked as a
telemarketer I know the legal
requirements when it comes to
credit cards, Numbers And voice
recordings to verify sales. Hence
there is No voice
recorded request for a balance
transfer to MBNA.

Shey Becker

*Final Notice*

Certified ⟨7000 0520 0012 2121 1822⟩
Nov 7ᵗʰ 2000

this 5 is the response
letter to
Discover/melanie Cawdery
sent notice Feb 15 2001
But sent it
1st in Nove 2000

Discover Card Bank
PO 15192
Wilmington DE 19886 -1020

Dear Sir/madam    on [Recieved by Discovers [Sept 27]]

I sent a certified letter asking
for information regarding how Discover Card
operates and how charges ~~are made~~ and the like are
handled within its system. My questions are
still unanswered. I have enclosed a copy of
my August 20ᵗʰ statement. Discover must
agree that if a balance had indeed been
transfered there would not be any balance
left on the account. Therefore I should
have had a ZERO balance had the
transfer occured. Why does my statement
have double the amount? You know I'm
not dumb. I sent 2000.00 to discover.
There is no amount owed and As of
this notice I consider my account ZERO
I do not want to get any more bills
as they will be thrown in the garbage.
                    RCW 62A1-207 w/o prejudice
                    without Recourse
                    Shny Becker
          ONE

**Card 1 (top left):**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Discover Bank
015192
Wilmington DE
19886-1020

Form 3811, July 1999 — Domestic Return Receipt

7000 0520 0012 2122 9278

**Card 2 (top middle):**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)  B. Date of Delivery
SEP 27 2000

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-00-M-0952

**Card 3 (left, handwritten addresses):**

Melanie Cowdery
over Financial Services
3008
Albany Ohio
43054-3008

Article Number (Copy from service label)
7000 0520 0012 2055 7402

PS Form 3811, July 1999 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X
☐ Agent
☒ Addressee
9-6-01

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-00-M-0952

**Card 4 (bottom middle — SENDER):**

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DISCOVER BANK
7000 0520 0012 2121 1822
P O 15192
Wilmington DE
19886-1020

2. Article Number (Copy from service label)
7000 0520 0012 2121 1822

PS Form 3811, July 1999 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print)  B. Date of Delivery
NOV 20 2000

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-99-M-1789

**Card 5 (bottom — December 1994 form):**

Is your RETURN ADDRESS completed on the reverse side?

SENDER:
■ Complete items 1 and/or 2 for additional services.
■ Complete items 3, 4a, and 4b.
■ Print your name and address on the reverse of this form so that we can return this card to you.
■ Attach this form to the front of the mailpiece, or on the back if space does not permit.
■ Write "Return Receipt Requested" on the mailpiece below the article number.
■ The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:

Discover / Fraud
Po 30943
Salt Lake City
UTAH 84130

DO NOT LET them KEEP COV·D

4a. Article Number
7003 2260 0007

4b. Service Type
☒ Certified
☐ Registered
☐ Express Mail
☐ Insured
☐ Return Receipt for Merchandise
☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994   Domestic Return Receipt

Thank you for using Return Receipt Service.

**DISCOVER PLATINUM**

PO Box 3008
New Albany, OH 43054-3008

February 15, 2001

Sherry E Becker
820 S 7th Ave
Pasco WA 99301-5722

| Account Number |
|---|
| 6011-0096-5059-1972 |
| **Current Balance** |
| $2,690.64 |
| **Amount Now Due** |
| $159.00 |
| **Amount Enclosed** |
| $ |

*[handwritten]* Plaintiff's response to this
notice was to re-send by cert mail
original 7000 0520 0012 2121 1822

Please detach and mail in enclosed envelope

Date of Last Payment:  09-29-2000
Last Date for Payment:  03-17-2001

*[handwritten]* New cert # return on march 8th 2001
#7000 0520 0012 2055 7402

Dear Sherry E Becker,

This letter is to notify you that your Discover Platinum Card account
owed to Discover Bank is sixty (60) or more days delinquent. Please
be advised that you are now in default of your cardmember agreement.

You may cure this default by paying the Amount Now Due on or
before Last Date for Payment as referenced above.  If this payment is
made and your account is not revoked, your account privileges will
continue as though you did not default.  If you do not make such
payment, we will conclude that you have no intention to cooperate
with us and we may revoke your account and escalate our efforts to
collect this account.

If you are unable to remit this amount it will be necessary for you
to contact us immediately.  You may contact us between the hours of
8:00 am to midnight Monday thru Friday and 9:00 am to 5:30 pm
Saturday EST at the phone number listed below.

Sincerely,

Melanie Cowdery
Discover Financial Services, Inc.
1-800-347-4779

Account Number: 6011-0096-5059-1972


285N   R00014706
5967 / 15   1476 / 15
Printed on recycled paper

This is an attempt to collect a debt and any information
obtained may be used for that purpose.
Discover® Platinum Card issued by Greenwood Trust Company, Member FDIC

010216   P1 of 1
025505


it pays
more
to

PO Box 3330
Olathe KS 66063-3330
ADDRESS SERVICE REQUESTED

# Encore
receivable management inc.

*Telephone: 888-556-1245*

August 1, 2001

**ENCORE RECEIVABLE MANAGEMENT INC**
PO Box 3330
Olathe KS 66063-3330

1767298-1   108865   4326
Sherry E Becker
820 S 7th Ave
Pasco WA 99301-5722

**Creditor: Enhanced Asset Mngmt/Disc Trust-Erc07143**
Account #: ████████1972
Placement Date: 07/31/01
Balance:   $3029.40

**Past Due Balance**

***Detach Upper Portion And Return With Payment***

**Creditor:**      **Enhanced Asset Mngmt/Disc Trust-Erc07143**
**Account #:**      ████████1972
**Placement Date:**  07/31/01
**Balance:**        $3029.40

Dear Sherry E Becker:

The above referenced account has been referred to our office for collection of the balance in full.  Previous attempts have been made by our client to resolve this debt voluntarily.  As of this date, those attempts have been ignored.  Therefore, your original agreement with the above mentioned creditor has been revoked.

Encore Receivable Management, Inc. has been authorized by our client to resolve this debt and we are committed to provide the necessary effort to properly collect this debt.  We recommend that you take advantage of this opportunity to pay the balance in full to prevent further collection activity.

Please detach the upper portion of this notice and return with your payment in the enclosed envelope.

Note:  If payment has already been made, please notify this office at 888-556-1245 to avoid further communications.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt.  Any information obtained will be used for that purpose.

1ONERMA011

*CERTIFIED LEGAL NOTICE NUMBER # 7000 0520 0012 2121 1860*

**Sherry Becker**

820 S. 7th Ave
Pasco Washington 99301
America

FIRST AND LAST NOTICE

August 10, 2001

ENCORE RECEIVABLE MANAGEMENT INC
400 ROGERS ROAD
OLATHE KS 66063

ATTENTION TO WHOM EVER ,

I do not appreciate you or your company trying to send me a *FRAUDULENT DEBT NOTICE* .
 I HAVE RETURNED IT WITH THIS NOTICE AND HAVE ALSO INCLUDED SOME OF
THE CURRENT REGULATIONS UNDER FEDERAL RESERVE BANKING LAWS THAT
YOU AND YOUR CLIENT SHOULD STUDY BEFORE YOU START TRYING TO
THREATEN ME WITH A JUDGMENT. AND WHY HAS YOUR CLIENT NOT WRITTEN
TO ME REGARDING MY THREE CERTIFIED WRITTEN LETTERS? WHY HAS YOUR
CLIENT REFUSED TO ANSWER ANYTHING IN WRITING? IS IT BECAUSE I KNOW
THE LEGAL MEANING OF "WITHOUT RECOURSE"? YOUR CLIENT WAS GIVEN
THREE OPPORTUNITIES TO RESPOND TO ME CONCERNING THE CONTENTS OF
THE LETTERS. AS OF AUGUST 11 2001 YOUR CLIENT HAS YET TO RESPOND IN
WRITING . DISCOVER WAS GIVEN  10 DAYS TO RESPOND WHEN I SENT THE FIRST
CERTIFIED LEGAL NOTICE REFUTING THE DEBT THEY ARE ATTEMPTING TO
COLLECT. THIS WAS WAY BACK IN SEPTEMBER 2000.

I HAVE INCLUDED THE AUGUST 2000 DISCOVER STATEMENT  WITH THE CLOSING
DATE OF AUGUST 20TH 2000. HOW COULD I OWE DISCOVER ANYTHING IF THERE
WAS A BALANCE TRANSFER ?  I HAVE THE COPIES AND MADE A SET FOR YOU
WHO EVER  GETS THIS LETTER HAD BETTER BE ABLE TO SIGN A NAME AND
IDENTIFY THEMSELVES. AS I PLAN ON WRITING TO THE BOARD OF GOVERNORS
AND REPORTING THIS TO THE OFFICE OF THE COMPTROLLER . AS I WILL NOT BE
HARRASSED FOR A ILLEGAL DEBT THAT HAS NO LEGAL MERIT MUCH LESS
VALIDITY AND I WOULD LIKE A COPY OF YOUR INSURANCE POLICY AND WHO
YOU COMPANY IS BONDED THROUGH BECAUSE I WILL BE FILING MY OWN
CLAIM AGAINST THIS COMPANY FOR TRYING TO COLLECT AN DEBT THAT DOES
NOT LEGALLY EXIST....

**ONE**

*CERTIFIED LEGAL NOTICE NUMBER  # 7000 0520 0012 2121 1860*

165 LAWRENCE BELL DR STE 100
PO BOX 9027
WILLIAMSVILLE, NY 14231-9027

# NAFS
**National Action Financial Services, Inc.**
1-716-565-1020   1-800-982-0484
Fax 716-565-1041

FORWARDING SERVICE REQUESTED



Previous Creditor: Discover Bank
Current Creditor:  NEW VISION FINANCIAL  L.
Account Number: ████████1972
Balance: $3029.40

MAR 15 2002

28281372

SHERRY E BECKER                    A026
820 S 7TH AVE                      EY15
PASCO WA 99301-5722                200

NATIONAL ACTION FINANCIAL SERVICES
PO BOX 9027
WILLIAMSVILLE, NY 14231-9027

Please check box if above address is incorrect
and indicate change(s) on reverse.

▼ Please detach and return top portion with your payment ʼ

Dear Sherry E Becker:

The account listed above has been placed with our agency for collection.

Your account is seriously past due and must be paid in full or we will proceed with appropriate collection activity.

Please remit the entire balance due to our office using the return envelope provided.

If you have any questions or wish to discuss your account with on of our representative, please call our toll free number at 1-800-982-0484.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original credit grantor, if different from the current credit grantor.

In conformance with the Federal Fair Credit Reporting Act, following is the notification address which you should write to National Action Financial Services, Inc. at in the event that you dispute as inaccurate specific information reported by National Action Financial Services, Inc. to any credit-reporting agency: National Action Financial Services, Inc., 165 Lawrence Bell Drive, Williamsville, NY 14221.

**Sherry Becker**

820 S. 7th Ave
Pasco Washington 99301
America

FIRST AND LAST NOTICE

March 21, 2002

NATIONAL ACTION FINANCIAL SERVICES
165 LAWRENCE BELL DR STE 100
WILLIAMSVILLE , NY 14231-9027

ATTENTION TO WHOM EVER ,

I do not appreciate you or your company trying to send me a *FRAUDULENT DEBT NOTICE* .
I HAVE RETURNED IT WITH THIS NOTICE AND HAVE ALSO INCLUDED SOME OF
THE CURRENT REGULATIONS UNDER FEDERAL RESERVE BANKING LAWS THAT
YOU AND YOUR CLIENT SHOULD STUDY BEFORE YOU START TRYING TO
THREATEN ME WITH A JUDGMENT. AND WHY HAS YOUR CLIENT NOT WRITTEN
TO ME REGARDING MY THREE CERTIFIED WRITTEN LETTERS? WHY HAS YOUR
CLIENT REFUSED TO ANSWER ANYTHING IN WRITING? IS IT BECAUSE I KNOW THE
LEGAL MEANING OF "WITHOUT RECOURSE"? YOUR CLIENT WAS GIVEN THREE
OPPORTUNITIES TO RESPOND TO ME CONCERNING THE CONTENTS OF THE
LETTERS. AS OF AUGUST 11 2001 YOUR CLIENT HAS YET TO RESPOND IN WRITING
. DISCOVER WAS GIVEN 10 DAYS TO RESPOND WHEN I SENT THE FIRST CERTIFIED
LEGAL NOTICE REFUTING THE DEBT THEY ARE ATTEMPTING TO COLLECT. THIS
WAS WAY BACK IN SEPTEMBER 2000.

I HAVE INCLUDED THE AUGUST 2000 DISCOVER STATEMENT WITH THE CLOSING
DATE OF AUGUST 20TH 2000. HOW COULD I OWE DISCOVER ANYTHING IF THERE
WAS A BALANCE TRANSFER ?  I HAVE THE COPIES AND MADE A SET FOR YOU
WHO EVER  GETS THIS LETTER HAD BETTER BE ABLE TO SIGN A NAME AND
IDENTIFY THEMSELVES. AS I PLAN ON WRITING TO THE BOARD OF GOVERNORS
AND REPORTING THIS TO THE OFFICE OF THE COMPTROLLER . AS I WILL NOT BE
HARRASSED FOR A ILLEGAL DEBT THAT HAS NO LEGAL MERIT MUCH LESS
VALIDITY AND I WOULD LIKE A COPY OF YOUR INSURANCE POLICY AND WHO
YOU COMPANY IS BONDED THROUGH BECAUSE I WILL BE FILING MY OWN CLAIM
AGAINST THIS COMPANY FOR TRYING TO COLLECT AN DEBT THAT DOES NOT
LEGALLY EXIST....

**ONE**

*CERTIFIED LEGAL NOTICE NUMBER  # 7000 0520 0012 2121 1860*

3-28-2002

Attention

NAFS

You and each of YOU/DISCOVER/ENCORE

Are going to reconize that All of YOU

HAVE/ARE TRYING TO FURTHER commit

FRAUD. LOOK AT DISCOVER'S

OWN STATEMENT DATED

AUG 20TH 2000

THIS All I NEED IN FEDERAL

COURT TO SUE UNDER RICO.

Don't bother me and You won't

be sued I better get a apology

Soon From DISCOVER/ENCORE/NAFS

OR I will do what is written

*I do not owe Anything*

**AMERICAN RECOVERY SYSTEMS, INC.**
(800) 638-4714

*you & discover are going to be reported to the FTC & Fed Res Boar*

04/08/03

*mailed response out 4/15/03*

ACCOUNT # : 003580015
ORIGINAL CREDITOR ACCOUNT # : ~~601~~072 ~~031972~~
CREDITOR : RIVER CITY FINANCIAL LLC AS SUCCESSOR IN INTEREST TO DISCOVER BANK
BALANCE : $ 4092.64

Dear SHERRY E BECKER,

Your delinquent account has been placed with our company for collection. We have been authorized by our client to collect the outstanding amount owed to them.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will, obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

Sincerely,

*Barnes*
BARNES

*Not owe You*

*Who are you?*

*No contract EXISTS between River City and I*

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

✂ Detach Bottom Portion And Return With Payment ✂

ARS
1699 WALL STREET SUITE 300
MT PROSPECT IL 60056-5788
ADDRESS SERVICE REQUESTED

| DAYTIME PHONE : | | EVENING PHONE : | |
| ( ) - | | ( ) - | |
| SOCIAL SECURITY : | | | | | | | | - | | - | | | | |

Creditor:
RIVER CITY FINANCIAL LLC
0009858-LET1

*not bother*

*no. again*

Account # : 003580015
Creditor : RIVER CITY FINANCIAL LLC
Balance : $ 4092.64

ARS
1699 WALL STREET SUITE 300
MT PROSPECT IL 60056-5788

003580015-9995   14855
SHERRY E BECKER

April 13 2003

Attention ARS / River City / Discover

I want you to understand how
I am tired of getting letters like
yours for a BOGUS claim that

NEVER EXISTED

I want you to look at the
enclosed attachments

VERY CLOSELY

This IS BOGUS HARRASSMENT
1. Statement from Discover
2. Safe & Sound Banking practices
Regarding unauthorized Electronic funds transfer
2 (m) 2 (m) sect 205.3
3. Copy of $2000.00 check made out to
discover
4 No proof via voice recording Authorizing
transfer
5 copy of cert letter to Discover
please Note they Never responded

I am going to a Attorney with the
same copies you are holding
and plan on suing Discover for
Fraud and harrasment. I
do NOT have to put up with
this 3 yrs of letters like
Yours. Is plenty time to sue


Sherry Becker

# **A**MERICAN
## RECOVERY SYSTEMS, INC.
(800)638-4714

05/08/03

ACCOUNT # : 003580015
ORIGINAL CREDITOR ACCOUNT # : ▓▓▓▓▓▓▓1972
CREDITOR : RIVER CITY FINANCIAL LLC AS SUCCESSOR IN INTEREST TO DISCOVER BANK
**BALANCE : $ 4141.94**

Dear SHERRY E BECKER,

**THIS DEBT MUST BE PAID**

The balance owed to my client still remains unpaid. You have not communicated any reason why this debt should not be repaid to my client, nor have you responded to our request for payment.

It is important that you mail the balance today or contact our office with the date the balance will be mailed. This must be done in order to avoid further collection efforts by our company!

Sincerely,

*Mr. Rosenburg*
MR. ROSENBURG



**This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

## PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

✂ Detach Bottom Portion And Return With Payment ✂

ARS
1699 WALL STREET SUITE 300
MT PROSPECT IL 60056-5788
ADDRESS SERVICE REQUESTED

| DAYTIME PHONE : | EVENING PHONE : |
|---|---|
| (   )   - | (   )   - |

| SOCIAL SECURITY : | | | - | | - | | | |

Creditor:
RIVER CITY FINANCIAL LLC
0010057-LET1

Account # :  003580015
Creditor : RIVER CITY FINANCIAL LLC
**Balance :       $ 4141.94**

ARS
1699 WALL STREET SUITE 300
MT PROSPECT IL 60056-5788

003580015-0002   19776
SHERRY E BECKER
820 S 7TH AVE
PASCO WA 99301-5722

0010057-LET1

**CERTIFIED 7000 0520 0012 2120 2424**

**Sherry Becker**
820 S 7th Ave.
Pasco Washington 99301
America
Home Phone 509-547-3275

June 30, 2003

ARS  ATTENTION MR. ROSENBURG
1699 WALL STREET SUITE 300
MT. PROSPECT  IL  60056-5788

Attention MR.ROSENBURG

I am returning your bogus claims for funds NOT OWED to you or any other entity.
I want to again FOR THE LAST TIME  state that if you send me anymore "PRIORITY GRAMS"
I will move ahead with my attorney to sue you and DISCOVER for fraud .  I Once again have enclosed the
EVIDENCE of the debt being paid and FOR THREE YEARS NOW  Discover has repeatedly tried to
continue a fraud upon my name and this will no longer be tolerated.

You had better realize that the documents you are holding are substantial evidence AGAINST DISCOVER.
I have paid the 2000.00 back in September of 2000. the copy of the check your holding is prima facia
AGAINST DISCOVER . The copy of the August 2000 statement you are holding is prima facia evidence
AGAINST DISCOVER .  You must be stupid if you think I can not read a credit card statement you had better
LOOK REAL CLOSE how could I owe DISCOVER  ANYTHING ESPECIALLY IF THEY TRANSFERRED THE
BALANCE OWING?  ARE YOU READING IT ? LOOK AT IT DISCOVER DOUBLED THE AMOUNT I
OWED AND SAID THEY TRANSFERRED IT *EXCUSE ME BUT THAT IS SERIOUS FRAUD*.......

So I think I had better start preparing to send out subpoenas and file the fraud suit in my local Federal
court and then you and DISCOVER will be paying to fly here and pay for a motel room and well it could get quite
expensive....BUT the EVIDENCE IS ON MY SIDE do you have the time to get involved in a serious lawsuit ?
I do .

Sincerely DISGUSTED

Sherry Becker

**CERTIFIED 7000 0520 0012 2120 2424**

PRM FINANCIAL SERVICES, Inc.
4015 Beltline Road, Suite 100, Addison, Texas 75001-4383
PO BOX 819092, Dallas, Texas 75381-9092

# IT'S TIME TO SUCCEED!

Obtain a new MasterCard© credit card and pay off your old obligation at the same time

## See Important Notice Below and Disclosures on Back

SHERRY E BECKER
820 S 7TH AVE
PASCO, WA 99301

Dear SHERRY E BECKER,

   PRM is pleased to announce that we have recently acquired your account as identified to the right. The good news is that we're able to give you a unique opportunity to settle that obligation and work toward the financial freedom you deserve.

   While we don't know the circumstances resulting in your default on this account, we assume you had every intention of repaying the obligation. PRM can help you find a constructive way to settle this obligation! One way we can help is to offer you the unique opportunity to apply for a MasterCard® credit card issued by 5Star Bank.

### How Does the Program Work?

   If you agree to participate and are approved, a mutually agreed upon amount of your outstanding obligation will be transferred to a new MasterCard issued by 5Star Bank, with an initial credit limit equal to the amount transferred plus a $30 annual fee. PRM will then send you a letter releasing you from your original obligation.

   As you make monthly payments under your MasterCard credit card agreement, you will have available credit you can use for purchases and cash advances, and 5Star Bank will report the payment history on your new MasterCard account to the credit bureaus. This is your chance to take control of your financial situation.

### If you are approved to participate in this program you can:

- **Get a discount on your old debt.**
- **Establish a new unsecured Mastercard credit card account.**
- **Transfer a mutually agreed to portion of the $3499.58 you owe to your MasterCard account, and repay it in manageable amounts!**
- **Enjoy greater spending power as you pay down your principal balance.**
- **Experience the purchasing power a credit card provides to travel, make online purchases ... and more!**

### Get Started Today!

There are 3 simple ways to apply:

- Contact us online at **www.prmfs.com**
- Fill out and return the application on the back side of this letter and return in the postage paid envelope enclosed.
- Call us TOLL FREE at 1-800-965-7511 *(Se Habla Espanol)*

   Before applying, please **review the important notice below and credit card disclosure information on the reverse side.**

   If you don't wish to participate in the MasterCard program offered by PRM, call

## YOUR ACCOUNT INFORMATION

Original Creditor: DISCOVER

Original Account No.: ●●●●●●●●●●4972

Principal Due:          $3029.40

Interest Due:           $470.18

Total Amount Due:       $3499.58

PRM Account No.:        707052

---

## ENJOY THESE BENEFITS OF THE 5STAR MASTERCARD:

- **It's an unsecured credit card! No deposit required! No application fee!**

- **Shopping and bill paying convenience.**

- **The status of worldwide MasterCard® acceptance at over 19 million locations.**

- **Affordable rates and fees.**

# Apply:

**1**  online at
www.prmfs.com

**2**  by phone at
1-800-965-7511

**3**  by mail

# CERTIFIED # 7003 2260 0005 2564 1818

**Sherry Becker**
820 S 7th Ave
Pasco Washington 99301
America

August 15, 2004

DISCOVER
PO 30943 SALT LAKE CITY UT 84130 &
PRM FINANCIAL SERVICES INC.
4015 BELTINE RD. STE 100 ADDISON,TEXAS 75001-4383

RE : FRAUDULENT COLLECTIONS AND HARASSMENT
BOGUS #███████████1972 NO LONGER EXISTS

ATTENTION DISCOVER AND PRM

I HAVE PUT UP NOW WITH 5 YEARS OF BOGUS HARASSMENT FROM 4 DIFFERENT  COLLECTION
AGENCIES FOR A ERROR AND FRAUD ON DISCOVERS PART.   YOUR/ DISCOVERY'S REFUSAL
TO CORRECT SUCH FRAUD  HAS CAUSED THIS ENTIRE MATTER TO GO ON FOR 5 YEARS. I HAVE
SENT CERTIFIED CORRESPONDENCE AT EACH ATTEMPT. THERE HAS *NEVER BEEN* A VALID
RESPONSE BY DISCOVER TO ACKNOWLEDGE ANY OF THIS . DISCOVER JUST CONTINUES TO TRY
TO CONTINUE THIS FRAUD AND SELLS A BOGUS ACCOUNT THAT DOES NOT LEGALLY EXIST.

I HAVE AFTER 5 YEARS GROWN TIRED OF THE RIDICULOUS ACTIONS BY THIS DISCOVER FRAUD
AND THE TRASHING OF MY CREDIT REPORT . I HAVE FOR DISCOVERS AND PRM'S CONVENIENCE
SENT COPIES OF THE EVIDENCE *AGAINST DISCOVER* . I WANT TO AT THIS TIME EXPLAIN I FULLY
UNDERSTAND CERTAIN BANKING LAWS *AND RULES* ESPECIALLY EFT FUND TRANSFERS THAT
*DO NOT EXIST*.

I ALSO WANT DISCOVER AND PRM TO UNDERSTAND THAT I KNOW WHAT A BALANCE TRANSFER
MEANS AND WHEN YOU HAVE A TRANSFER MADE FROM AN ACCOUNT THERE COULD NEVER BE
*A BALANCE OWING*.... NOW PLEASE LOOK AT THE ENCLOSED COPIES AS THEY ARE THE
EVIDENCE OF A FRAUD THAT DISCOVER HAS BEEN REPEATEDLY CONDUCTING AGAINST ME FOR
*5 YEARS* .  I HAVE NEVER IN MY LIFE SEEN A FRAUD AS OBVIOUS AS THIS IS AND I BET A JURY
WILL BE PRETTY SURPRISED TOO .

WHEN I FINISH THE LEGAL FILING I WILL BE SENDING YOU THE COMPLAINTS

WITHOUT RECOURSE OF COURSE
Sherry Becker

1. COPY OF ORIGINAL STATEMENT 2. COPY OF CASHIERS CHECK FOR $2000.00

PS  LEGALLY SINCE A BALANCE TRANSFER OCCURRED I NEVER SHOULD HAVE SENT THE $2000.00
SO DISCOVER OWES ME.

**ONE**

# CERTIFIED # 7003 2260 0005 2564 1818

CONSUMER COMPLAINT FORM

OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION

GENERAL COMPLAINT

AG Form #208  3/8/02

### STATEWIDE TOLL FREE 1 800-551-4636

### CONSUMER INFORMATION

Name Sherry Becker          Sherry          e

Address: 820 S 7th Ave

City: Pasco                                    State WA    Zip 99301

Phone: Day: (   ) 547-3275    Evening: (   ) 582-2263    E-mail address: _____

In order to process your complaint, the Attorney General's Office will send a copy of your complaint to the complained of business.
Do you want the Attorney General's Office to send this business a copy of your complaint?   Yes ☑   No ☐
I understand that if I answer No, the Attorney General's Office will not process this complaint. Additionally, if I answer Yes, I understand that my complaint and any related documents I have submitted will become "public record." Under state law, public records are subject to public records disclosure requests. Under some circumstances, my complaint and related documents may therefore be seen by other people.

### BUSINESS INFORMATION

Name of business that I am complaining about: Discover Card / PRM Financial

Address: PO 30943

City: Salt Lake City          State: Utah          Zip: 84130

Phone: (   )_____  Fax: (   )_____  Toll-free number _____  E-mail address _____

Name of Owner or Manager (if known): _____

Names and addresses of any other businesses involved in your complaint: PRM Financial
4015 Beltline Rd Ste 100 Addison Texas 75001-4383

Item or service purchased: Fraudulent balance Transfer made without knowledge

Cost of item or service: _____  Did you sign a contract? No    Date of transaction: 7/29/2000

Salesperson's name: _____

Was an advertisement involved? _____  Date and source of advertisement: _____

(Please send a copy of the advertisement if it is available.)

### ABOUT YOUR COMPLAINT

Have you complained to the business ✓ If YES, to whom: (and their position) mailed certified letters

What response did you receive?
None

If you have not contacted the business, explain why not: _____

Have you filed a complaint about this business with the Attorney General's Office before?: No
If Yes, list the file number assigned to that complaint: _____

Have you contacted a private attorney? _____  If YES, identify the name and address of the attorney:
Not yet

Is there a court or other legal proceeding pending? _____  If YES, please explain: _____
will be pursuing possibilities

**EXPLAIN YOUR COMPLAINT IN DETAIL** (Use additional pages if necessary):

I had called to inquire about rates and when my interest would be changing. I decided to not change anything. I was told by the Discover associate that they could not transfer to another card. I had given personal information to agent then told could not do any balance transfers. The call ended. It a couple of weeks later I called my other card to inquire balance transfer rates. I was informed that a deposit had been made. I was very shocked. So I did nothing. I got the August statement from Discover and was very shocked. And angry by what had taken place. Some how Discover moved the remaining balance and added it at the same time to make the amount owing close to $5000.00. I phoned right in front of my parents and to this day after various times & various collection agencies have yet to get Discover to correct thier Fraud against me. They have ~~prop~~ profited from this to the tune of $12,000 and I legally never had to send anything to them yet they made a lot of money from their error.

What do ~~you think~~ the business should do to resolve your complaint? (Circle one)
(Refund)      Deliver Product      Perform Service

Other  Explain if you have circled "Other": _____

---

**PLEASE TYPE OR PRINT** This form should be returned to the address nearest you or you may be contacted by mail regarding assignment of your complaint.

**Seattle:** North King, Snohomish, Clallam and Jefferson Counties and Bainbridge Island
900 FOURTH AVENUE, SUITE 2000
SEATTLE, WA 98164-1012
(206) 464-6684          fax (206) 464-6451

**Vancouver:** Southwestern Washington
1220 MAIN STREET, SUITE 549
VANCOUVER WA 98660-2964
(360) 759-2150          fax (360) 759-2159

**Bellingham:** Island, San Juan, Skagit and Whatcom Counties
103 E. HOLLY, SUITE 308
BELLINGHAM, WA 98225-4728
(360) 738-6185          fax (360) 738-6190

**Tacoma:** Pierce, Mason, Grays Harbor, Kitsap and south King County
1019 PACIFIC AVENUE S, 3rd Fl
TACOMA WA 98402-4411
(253) 593-2904          fax (253) 593-2449

PLEASE SEND COPIES OR RELATED DOCUMENTS.
SEND COPIES ONLY - DO NOT INCLUDE ORIGINAL DOCUMENTS!

**Spokane:** Eastern Washington
1116 WEST RIVERSIDE
SPOKANE WA 99201-1194
(509) 456-3123          fax (509) 458-3548

**Kennewick:** Central Washington
500 N MORAIN ST, SUITE 1250
KENNEWICK WA 99336-2607
(509) 734-7140          fax (509) 734-7290

---

**SIGNATURE**

I declare, under penalty of perjury under the laws of the State of Washington, that the information contained in this complaint is true and accurate, and that any documents attached are true and accurate copies of the originals.

_____        _____        _____
Signature                            Declared this date              City and State where signed



Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

500 N Morain Suite 1250 • Kennewick WA 99336-2607

September 14, 2004

SHERRY BECKER
820 S 7TH AVE
PASCO, WA 99301

Re:   DISCOVER CARD AND PRM FINANCIAL SERVICES

File #KEN      -220901

Dear Sherry Becker:

     Our office has received a reply from PRM Financial Services regarding your complaint. Enclosed is a copy of that reply for your records.

     When we have a response from Discover Card, we will contact you again.

Marilyn Anderson
Complaint Analyst
Consumer Protection Division
(509) 734-7140

Enclosure

# PRM FINANCIAL SERVICES, INC.

4015 Beltline Road, Suite 100, Addison, Texas  75001-4383 – P. O. Box 819092, Dallas, Texas  75381-9092
(800)375-3591 Local (972) 387-8995 Telefax (972) 404-8519

September 9, 2004

**RECEIVED**

SEP 1 3 2004

ATTORNEY GENERAL
KENNEWICK OFFICE

Attorney General Of Washington
Attn: Marilyn Anderson
500 N. Morain, Suite 1250
Kennewick, WA 99336-2607

Your File No: KEN - 220901
Our File No: 707052
Consumer: Sherry E. Becker

Dear Marilyn Anderson,

I am writing you in response to your letter of September 1, 2004 as it relates to the above mentioned consumer file.

PRM Financial Services, Inc. purchases or handles placement charge-off debt in bulk. In most cases debt that is purchased or placed with us we receive or can request file documentation to support the debt as valid.

In reviewing Ms. Becker's statements of concern and other documentation you included in your letter we have already retired her account and we are considering this matter closed.

We apologize for any inconvenience this may have caused and if I can be of further assistance please do not hesitate to contact me.

Sincerely,

Jim Pierson
Vice President / Operations

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.



**DISCOVER**®
FINANCIAL SERVICES

October 12, 2004

Sherry E. Becker
820 S 7th Avenue
Pasco, WA 99301-5722

Dear Ms. Becker:

I appreciate your patience while allowing me to investigate your Discover® Card Account regarding your balance transfer dispute.

When you contacted our Cardmember Service Division on July 25, 2000, a balance transfer was processed to pay your MBNA account for $2,488.34. *where is Discovers proof I agreed?*

When you agreed to the balance transfer offer and gave the appropriate information to pay your MBNA account, a legal disclosure was read to you as follows:

"Upon approval, we will issue payment to your creditor. Changes or stop requests cannot be accepted once processing begins. If the transaction is more than your available Account credit limit, we will automatically lower the amount to your available credit and complete the transfer. Balance Transfers are processes from the lowest to highest dollar amount.

Most Balance Transfers are processes within two weeks; however, please continue to make payment to those accounts to avoid late fees and finance charges.

Balance Transfers do not earn a Cashback® Bonus Award.

The special Balance Transfer Rate of 3.9% will expire with your January 2001 statement, and then the APR (Annual Percentage Rate) for purchases applies. However, if you are late making a payment or if your Account is overlimit, the special Balance Transfer Rate will terminate and the standard APR for purchases or the applicable Default Rate will apply as described in the Default Rate Plan section of the Cardmember Agreement.

Discover Financial Services, Inc.
P.O. Box 17019 Wilmington, DE 19850-7019

A Morgan Stanley Company



**DISCOVER**
FINANCIAL SERVICES

Additional balance transfers may be requested.  There is no grace period on balance transfers.  We apply payments to balances with low special/introductory APRs, such as special balance transfer and purchase APRs, prior to balances with standard APRs.  Your savings under this offer will be reduced if you have existing balances or make additional transactions that are subject to standard APRs.

The APRs and Fees disclosed are those in effect at this time and may be modified by other promotional rate offers or changes to your Account terms."

When you called on August 27, 2000 to inform us that you did not authorize the balance transfer, we advised you that we were not able to stop the balance transfer.  You stated that the money was applied to your MBNA account and you would be contacting them to request a check and you would send the funds to us once received. *she leaves a lot of questions to be answered*

We spoke to MBNA who has confirmed that a credit balance refund check was sent to you on August 27, 2000 for $2,311.27.

Our records indicate that you have received credits for your finance charges totaling $13.77, as a gesture of good will.  However, further courtesy adjustments will not be given as we feel you were properly notified of our terms and conditions.

Should you have further questions or concerns, please contact me directly at (302) 328-3300, ext. 16286, weekdays from 9:00 a.m. to 6:00 p.m., EST. *Phone number is bogus Tried to call*

Sincerely,

Pam Martin
Executive Offices
Discover Financial Services, Inc.


CC:  Attorney General

Discover/Genesis

Plaza Associates { Mitchell N Kay

51959306-10          $3,029.40

28 50 00007008 A 271305
51959301    7513050·309000GFSAS1

Temp-Return Service Requested

| Amount Enclosed | Settlement Amo... |
|---|---|
| | $1,514.70 |

*Call Toll Free: 1-888-752-03...*
(619) 342-8592
www.plazaassociates.net

SHERRY E BECKER
200802 E GAME FARM RD SPC 70
KENNEWICK WA 99337-6856

Address _____

_____

Home # _____

Work # _____

GENESIS FINANCIAL SOLUTIONS ASSIGNEE OF DISCOVER CARD

---

**Please return top portion with payment.  See reverse side for return address.**

## Plaza Associates

RE ▸ SHERRY BECKER

*2005 Notices*
*Discover / Karl*

Date ▸ May 13, 2005

Creditor ▸ GENESIS FINANCIAL SOLUTIONS
ASSIGNEE OF DISCOVER CARD

Account Number ▸ ████████1972

Balance Due ▸ $3,029.40

| Settlement Amount | $1,514.70 |
|---|---|

Control Number ▸ 51959306-10

### A SETTLEMENT OFFER

Please be advised that we are a professional collection agency.

We have been authorized to offer you the opportunity to settle this account with a lump sum payment fo...
of the above balance due, which is equal to $1,514.70.

This offer will be valid for a period of thirty-five (35) days from the date of this letter.

If you have any questions regarding this offer, please contact this office at the number(s) provided abov...

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of th...
or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice, this office will: Obtain
verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide yo...
the name and address of the original creditor, if different from the current creditor.

You may already have satisfactory proof that this account is listed with us in error. If so, please send th...
notice back along with a copy of one of the following to support your claim:
Bankruptcy Notice from the court stating case number and filing date, Satisfaction of Judgment, Proof...
settlement, Letter from the original Creditor clearing your account.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtain...
be used for that purpose.

If you would like to make a payment, or if you have any questions regarding this account, you can cont...
office at the telephone number provided above; or by writing us at the address provided below; or by loggin...
our website at:

### www.plazaassociates.net

On our website you will be able to negotiate and arrange payment of this account, view and update
information regarding this account, or obtain information on other ways to contact our office.

### PLEASE ADDRESS ALL PAYMENTS TO:
Plaza Associates
JAF Station, PO Box 2769
New York, NY 10116-2769

23

PO Box 18008
Hauppauge, NY 11788-8808
42 65 00011820 A 277432
51959306M10627050.309000GFSAH3

6/27/05



| Control Number | Balance |
|---|---|
| 51959306-10 | $3,029.40 |

**Call Toll Free:**
**1-888-752-0328**
(619) 342-8592

Amount Enclosed

Temp-Return Service Requested

www.plazaassociates.net

SHERRY E BECKER
200802 E GAME FARM RD SPC 70
KENNEWICK WA 99337-6856

Address _____

_____

Home # _____

Work # _____

51959306100627055000003029403P

GENESIS FINANCIAL SOLUTIONS ASSIGNEE OF DISCOVER CARD

**Please return top portion with payment.  See reverse side for return address.**

## Plaza Associates

RE ▸ SHERRY BECKER

Date ▸ June 27, 2005

Creditor ▸ GENESIS FINANCIAL SOLUTIONS
ASSIGNEE OF DISCOVER CARD

Account Number ▸ ⬛⬛⬛⬛⬛⬛⬛⬛1972

Balance ▸ $3,029.40

Control Number ▸ 51959306-10

This office has written to you previously in an effort to try and resolve your account referenced above. Your balance of $3,029.40 still remains due and owing.

At this time, resolution of this account can be accomplished in the following manner:

☛ Down payment: Forward $757.35 (25% of the balance due) as an initial down payment to this office in the envelope enclosed.

☛ Monthly payments: Forward $227.20 per month to this office until this account is paid in full.

If you would like to make a payment, or if you have any questions regarding this account, you can contact this office at the telephone number provided above; or by writing us at the address provided below; or by logging on to our website at:

### www.plazaassociates.net

On our website you will be able to negotiate and arrange payment of this account, view and update information regarding this account, or obtain information on other ways to contact our office.

**Notice:  Please see reverse side for important information.**

24

**PLEASE ADDRESS ALL PAYMENTS TO:**
**Plaza Associates**
**JAF Station, PO Box 2769**
**New York, NY 10116-2769**

PO Box 9006
Smithtown, NY · 1787-9006
1-800-275-48~

*** admitted in New York
*** admitted in New York
and Washington D.C.

New York, NY 10001

51959306M10080050·309000GFSMZ1

Temp-Return Service Requested                                    August 8, 2005

**PERSONAL AND CONFIDENTIAL**

SHERRY E BECKER
200802 E GAME FARM RD SPC 70
KENNEWICK WA 99337-6856

*Office Hours:* **Mon-Thurs** 8:00am - 9:00pm EST
                **Friday**    8:00am - 5:00pm EST
                **Saturday**  8:00am - 12:00pm EST

### Reference Number ▸ 51959306-10

| Account Number ▸ _____1972-A | | RE ▸ SHERRY BECKER |
|---|---|---|
| | Balance Due ▸ $3,029.40 | |
| Creditor ▸ GENESIS FINANCIAL SOLUTIONS ASSIGNEE OF DISCOVER CARD | | |

Please be advised that your account, as referenced above, is being handled by this office.

Request is hereby made for payment of the balance due.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice, this office will: Obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may already have satisfactory proof that this account is listed in error. If so, please send this notice back along with a copy of one of the following to support your claim: Bankruptcy Notice from the court stating case number and filing date, Satisfaction of Judgment, Proof of prior settlement, Letter from the original Creditor clearing your account.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

At this point in time, no attorney with this firm has personally reviewed the particular circumstances of your account.

**PLEASE ADDRESS ALL PAYMENTS TO:**
Law Offices of Mitchell N. Kay, P.C.
7 Penn Plaza, New York, NY 10001-3995

25

---

▾ Detach Here ▾          **Please return bottom portion with payment.**          ▾ Detach Here ▾

Make Sure to Print Name, Address & Phone Numbers Below

Name

Street

City                State      Zip

Home Phone          Work Phone
(        )           (        )

☐ Please check here if your address has
   Changed. Make Changes in section above.

SHERRY E BECKER

GENESIS FINANCIAL SOLUTIONS ASSIGNEE OF DISCOVER CARD

| Reference Number | 51959306-10 |
|---|---|
| Balance Due | $3,029.40 |
| Amount Enclosed | |

▾ Make Check Payable To ▾

Law Offices of Mitchell N. Kay, P.C.
7 Penn Plaza
New York, NY 10001-3995

8/8/05

51959306100808059000000000000000000062237670000003029403M

MNKMZ1
MZ1 V6
282705