UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY E. BECKER,<br><br>            Plaintiff,<br><br>    v.<br><br>DISCOVER FINANCIAL CREDIT CARD SERVICES, GENESIS FINANCIAL SERVICES, MITCHELL N. KAY, PLAZA ASSOCIATES, and IRVING LEVINE,<br><br>            Defendants. | NO. CV-06-5037-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF DISCOVER FINANCIAL SERVICES LLC WITH PREJUDICE** |

Before the Court, without oral argument, is a Stipulated Joint Motion for Dismissal of Discover Financial Services LLC with Prejudice (Ct. Rec. 103). Pursuant to Federal Rule of Civil Procedure 41(a), the Court accepts the stipulation. **IT IS HEREBY ORDERED:** the stipulated motion **(Ct. Rec. 103)** is **GRANTED**. The claims and counterclaims between Plaintiff Sherry E. Becker and Defendant Discover Financial Services LLC are dismissed with prejudice and without attorneys' fees or costs to any party. Plaintiff's Emergency Motion in Limine **(Ct. Rec. 77)** is **DENIED AS MOOT** given that it related to Discover.

This Order <u>does not</u> release or dismiss Defendants Genesis Financial Services, Mitchell N. Kay, and Plaza Associates.

ORDER ~ 1

**IT IS SO ORDERED:** . The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel.

**DATED** this 10th day of October 2007.

s/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2006\5037.dism.discover.frm