Stephen A. Bernheim
Attorney at Law
512 Bell Street
Edmonds, WA 98020-3147
(425) 712-8318
WSBA # 15225

The Honorable Edward F. Shea

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| SHERRY E. BECKER,<br><br>               Plaintiff,<br><br>v.<br><br>GENESIS FINANCIAL SOLUTIONS;<br>MITCHELL N. KAY and PLAZA<br>ASSOCIATES,<br><br>               Defendants. | NO. 06-05037 EFS<br><br>STIPULATION FOR AND<br>ORDER OF DISMISSAL WITH<br>PREJUDICE AND WITHOUT<br>COSTS |

## STIPULATION

Sherry E. Becker, Plaintiff *Pro Se*, and Defendants Genesis Financial Solution, Mitchell N. Kay and Plaza Associates, by and through their undersigned counsel, hereby stipulate that the within action may be dismissed with prejudice and without cost as to any party.

DATED this 12Th day of November, 2007.
                                    December

STIPULATION FOR AND
ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT
COSTS

-1-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com

|   |   |
|---|---|
| 1 |   |
| 2 | /s/   Stephen A. Bernheim |
| 3 | Stephen A. Bernheim, WSBA #15225<br>Attorney for Defendants |
| 4 |   |
| 5 | *[signature]* |
|   | Sherry E. Becker |
| 6 | Plaintiff *Pro Se* |

## ORDER

Based on the stipulation of the parties herein and the Court deeming itself fully advised in the premises, NOW, THEREFORE, BE IT

ORDERED that the within action is hereby dismissed with prejudice and without cost as to any party.

DONE IN OPEN COURT this 17th day of December, 2007.

s/ Edward F. Shea
_____
Edward F. Shea, JUDGE
U.S. District Court

Presented By:

APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED

/s/   Stephen A. Bernheim
Stephen A. Bernheim, WSBA #15225
Attorney for Defendants

*[signature]*
Sherry E. Becker
Plaintiff *Pro Se*

STIPULATION FOR AND
ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT
COSTS

-2-

STEPHEN A. BERNHEIM
ATTORNEY AT LAW
512 Bell Street
Edmonds, Washington 98020
(425) 712-8318
Fax (425) 712-8418
e-mail:steve@stevebernheim.com